JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

TOBIAS MAURICE PERSELLIN,

　　　　　Plaintiff,

　　　v.

FRANK BISIGNANO,
Commissioner of Social Security,

　　　　　Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:25-cv-02608-JDE

JUDGMENT

　　　In accordance with the Memorandum Opinion and Order filed herewith,

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Court's Order.

Dated: January 20, 2026

_____
JOHN D. EARLY
United States Magistrate Judge