UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

TOBIAS MAURICE PERSELLIN,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

No. 2:25-cv-02608-JDE

ORDER AWARDING ATTORNEY
FEES UNDER THE EQUAL
ACCESS TO JUSTICE ACT,
28 U.S.C. § 2412(d)

Based upon the parties' Stipulation (Dkt. 20), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $4,480.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: May 13, 2026_____

_____
JOHN D. EARLY
United States Magistrate Judge